UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62426-CIV-SMITH

BRIGIDA ELLIOTT,

        Plaintiff,

v.

BARBEQUE INTEGRATED, INC., *et al.*,

        Defendants.

_____/

**STATEMENT OF CLAIM**

Plaintiff Brigida Elliott, by and through her undersigned counsel, hereby submits, pursuant to the Honorable Judge Rodney Smith's Order, dated October 3rd, 2019, Plaintiff's "Statement of Claim" (or "Statement"), setting forth the amount of alleged unpaid wages, the specific calculation of such wages, and the nature of the wages (e.g., overtime or regular pay).[1]

1. Plaintiff alleges unpaid overtime wages are due to her for the time she worked as a Kitchen Manager, during the 156 week or 36-month, willful FLSA Collective Action Period (September 30, 2016- September 30, 2019).

2. Secondly, Plaintiff alleges unpaid overtime wages are due to her for the time she worked as a Kitchen Manager during the 156 week or 36-month willful Massachusetts Wage Act Period (September 30, 2016- September 30, 2019).

---

[1] At this stage of litigation Plaintiff contends that the alleged unpaid regular and overtime wages calculated below are averages, estimates, and/or approximates. Amounts may change as information is uncovered through the discovery process as Defendants may have relevant information or documents.

3.  Thirdly, Plaintiff alleges unpaid regular wages are due to her for the time she worked as a Service Manager and Kitchen Manager during the 156-week Massachusetts Class Action Period (September 30, 2013 - September 29, 2016).

## FLSA: Total Amount of Alleged Unpaid Wages

Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff, during the 156-week FLSA Collective Action Period: **$98,816.11**; this amount does not include liquidated damages.

## FLSA: Calculation of Unpaid Wages

Plaintiff calculates the amount of overtime wages that are due and owing to her as follows: The Fair Labor Standards Act requires that employees be paid overtime pay at time and one-half the regular rate of pay for all hours worked over 40 hours in a workweek.

In the case at bar, the Plaintiff's salary of $63,000.00 as a Kitchen Manager calculates to a regular hourly rate of pay rate based on a 40-hour work week of **approximately $30.29 an hour**. Moreover, Defendants failed to pay Plaintiff overtime for all post-forty hours worked, as required by law. Had Defendants complied with the federal law, **Plaintiff's Overtime rate of pay would be $45.43 per hour**. The calculations for unpaid overtime wages are illustrated in Exhibit "A".

## Massachusetts Wage Act: Total Amount of Alleged Unpaid Wages

Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff, for the 156 week or 36-month Massachusetts Wage Act Period (same as Collective Action Period): **$98,816.11**; this amount does not include double liquidated damages.

### Massachusetts Wage Act: Calculation of Unpaid Wages

Plaintiff calculates the amount of unpaid overtime wages that is due and owing to her as follows: The Massachusetts Wage Act requires that employees be paid for all hours worked and overtime pay at time and one-half the regular rate of pay for all hours worked over 40 hours in a workweek.

In the case at bar, the Plaintiff's regular hourly rate of pay as a Kitchen Manager was **approximately $30.29 an hour**. Defendants failed to pay Plaintiff all of the overtime for all post-forty hours worked, and **Plaintiff's Overtime Rate of Pay is therefore $45.43 per hour**. The calculations for unpaid overtime wages are illustrated in Exhibit "B".

### Massachusetts Contract Claim: Total Amount of Alleged Unpaid Wages

Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff, for the 156 week, or approximately 36-month Massachusetts Class Action Period, in which Plaintiff worked for an estimated 78 weeks, calculated with Plaintiff's start date as a Service Manager on April 1, 2015 through October 1, 2015. Then as a Kitchen Manager from October 1, 2015 through September 29, 2016. Plaintiff worked as a Service Manager and had an annual salary of $58,000.00, and Plaintiff had an annual salary of $63,000.00 as a Kitchen Manager: **$57,499.00**

### Massachusetts Contract Claim: Calculation of Unpaid Wages

Plaintiff calculates the amount of unpaid wages that are due and owing to her as follows: Defendants failure to pay for all hours worked in excess of 40 hours in a work week, at the regular rate of pay pursuant to Massachusetts law, for the period of time from September 30, 2013 through September 29, 2016. Based on the aforementioned salaries, Plaintiff was paid

3

approximately $27.88 an hour as a Service Manager, and $30.29 an hour as a Kitchen Manager. Defendants have failed to pay Plaintiff all of the regular wages for all post 40 hours worked, as required by law. The calculations for unpaid regular wages are illustrated in Exhibit "C".

Date: 10/17/2019                              By:     **/s/ Jay N. Michelman**
                                                      Jay N. Michelman, Esq.
                                                      FL Bar # 382515
                                                      michelmanlaw@hotmail.com
                                                      Michelman Law Offices
                                                      1333 East Columbus Avenue
                                                      P.O. Box 2992
                                                      Springfield, MA 01101
                                                      Telephone: (413) 737-1166
                                                      Facsimile: (413) 736-0429
                                                      Attorney for the Plaintiff

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Statement of Claim**
**Plaintiff Brigida Elliott**

### FLSA CLAIM: Unpaid Overtime Wages

| Salary[1] | Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | FLSA Equivalent Regular Hourly Rate[1] | FLSA Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| Kitchen Manager: $63,000.00 | 9/30/2016-6/1/2018 | 87 | 65 | $ 30.29 | $ 45.43 | $ 98,816.11 | $98,816.11 |

|   |   |
|---|---|
| Total Unpaid Overtime Wages[1] = | $ 98,816.11 |
| Total Liquidated Damages[1] = | $ 98,816.11 |
| Total[1] = | $ 197,632.22 |

**Kitchen Manager Salary $63,000.00**

**Weekly Rate of Pay = $1,575.00**

*Salary/52 weeks per year = Weekly Rate*
*$63,000.00/52 = $1,575.00 Weekly Rate*

**Regular Hourly Rate of Pay = $30.29**

*Regular Hourly Rate= $1,575.00/ 40 hours per week*
*Regular Hourly Rate = $30.29*

**Overtime Hourly Rate of Pay = $45.43**

*Overtime Hourly Rate=Regular Rate * 1.5*
*$30.29*1.5 = $45.43*

**Total Unpaid Overtime = $98,816.11**

(Overtime Hourly Rate x overtime hours per week worked) x (number of weeks)
($45.43 x 25) x (87) = $98,816.11

---

[1] Numbers are averages, estimates, and/or approximates. Amounts may change as information is uncovered through the discovery process.

# **EXHIBIT B**

**Exhibit B**
**Statement of Claim**
**Plaintiff Brigida Elliott**

**MASSACHUSETTS WAGE ACT CLAIM: Unpaid Overtime Wages**

| Salary[1] | Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | MWA Equivalent Regular Hourly Rate[1] | MWA Overtime Hourly Rate[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| Kitchen Manager: $63,000.00 | 9/30/2016-6/1/2018 | 87 | 65 | $ 30.29 | $ 45.43 | $ 98,816.11 | $ 197,632.22 |

|  |  |
|---:|---:|
| Total Unpaid Overtime Wages[1] = | $ 98,816.11 |
| Total Liquidated Damages[1] = | $ 197,632.22 |
| Total[1] = | $ 296,448.33 |

**Kitchen Manager Salary of $63,000.00**

**Weekly Rate of Pay = $1,575.00**

*Salary/52 weeks per year = Weekly Rate*
*$63,000.00/52 = $1,575.00 Weekly Rate*

**Regular Hourly Rate of Pay = $30.29**

*Regular Hourly Rate= $1,575.00/ 40 hours per week*
*Regular Hourly Rate = $30.29*

**Overtime Hourly Rate of Pay = $45.43**

*Overtime Hourly Rate=Regular Rate * 1.5*
*$30.29*1.5 = $45.43*

**Total Unpaid Overtime = $98,816.11**

(Overtime Hourly Rate x overtime hours per week worked) x (number of weeks)
($45.43 x 25) x (87) = $98,816.11

# **EXHIBIT C**

**Exhibit C**
**Statement of Claim**
**Plaintiff Brigida Elliott**

**MASSACHUSETTS CONTRACT CLAIM: Unpaid Regular Wages**

| Salary[1] | Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | Total Unpaid Regular Wages |
|---|---|---|---|---|---|
| Service Manager: $58,000.00 | 4/1/2015-10/1/2015 | 26 | 65 | $ 27.88 | $18,122.00 |
| Kitchen Manager: $63,000.00 | 10/1/2015-9/29/2016 | 52 | 65 | $ 30.29 | $39,377.00 |

Total Unpaid Regular Wages[1] = $ 57,499.00
Total[1] = $ 57,499.00

**Service Manager Salary $58,000.00**
**Weekly Rate of Pay = $1,115.38**
*Salary/52 weeks per year = Weekly Rate*
*$58,000.00/52 = $1,115.38 Weekly Rate*
**Regular Hourly Rate of Pay = $27.88**
*Regular Hourly Rate= $1,115.38/ 40 hours per week*
*Regular Hourly Rate = $27.88*
**Total Unpaid Regular Wages = $18,122.00**
(Regular Hourly Rate x hours per week worked) x (number of weeks)
($27.88 x 25) x (26) = $18,122.00

**Kitchen Manager Salary $63,000.00**
**Weekly Rate of Pay = $1,575.00**
*Salary/52 weeks per year = Weekly Rate*
*$63,000.00/52 = $1,575.00 Weekly Rate*
**Regular Hourly Rate of Pay = $30.29**
*Regular Hourly Rate= $1,575.00/ 40 hours per week*
*Regular Hourly Rate = $30.29*
**Total Unpaid Regular Wages = $39,377.00**
(Regular Hourly Rate x hours per week worked) x (number of weeks)
($30.29 x 25) x (52) = $39,377.00