UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRIGIDA ELLIOTT, individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

BARBEQUE INTEGRATED, INC.,

    Defendant.

Case No. 0:19-CV-62426-RS

Judge Rodney Smith

Magistrate Judge Alicia O. Valle

**DEFENDANT BARBEQUE INTEGRATED, INC.'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN PART**

Defendant Barbeque Integrated, Inc. ("Smokey Bones" or "Defendant"), through its attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order dismissing Plaintiff's Amended Collective And Class Action Complaint (the "Amended Complaint") (ECF No. 30) in part.

Defendant seeks an Order:  (i) dismissing Plaintiff's Second Cause of Action; and (ii) dismissing all Counts (Counts I, II, III, IV) of Plaintiff's Third Cause of Action.  In support of this motion, Defendant submits the accompanying Memorandum Of Law In Support Of Its Motion To Dismiss Plaintiff's Amended Complaint In Part, which is filed contemporaneously herewith and incorporated by reference herein.

WHEREFORE, for the reasons set forth in the Memorandum Of Law In Support Of Its Motion To Dismiss, Defendant respectfully requests that this Court enter an Order granting this motion and dismissing Plaintiff's Second and Third Causes of Action in their entirety with prejudice.

Respectfully submitted,

BARBEQUE INTEGRATED, INC.,

By   */s/ Alex Meier*
    Alex Meier
    ameier@seyfarth.com
    Florida Bar No. 1011557
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Gerald L. Maatman, Jr.*
    gmaatman@seyfarth.com
    Jennifer A. Riley*
    jriley@seyfarth.com
    Andrew D. Welker*
    awelker@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    *Attorneys For Defendant*

*Admitted *pro hac vice*

**Date: December 30, 2019**

## CERTIFICATE OF SERVICE

I certify that on December 30, 2019, I electronically filed the foregoing Motion To Dismiss Plaintiff's Amended Complaint In Part with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorneys of record:

        **Jay N. Michelman**
        Michelman Law Offices
        1333 E Columbus Avenue
        PO Box 2992
        Springfield, MA 01101-2992
        413-737-1166
        Fax: 413-736-0429
        Email: michelmanlaw@hotmail.com
        *ATTORNEY TO BE NOTICED*

        By _s/ Alex Meier_
              Attorney for Defendant