UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62426-CIV-SINGHAL

BRIGIDA ELLIOTT,

    Plaintiff,

v.

BARBEQUE INTEGRATED, INC.,

    Defendant.
_____/

## ORDER SETTING TELEPHONIC HEARING

**THIS CAUSE** is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint in Part (DE [31]) and Plaintiff's Motion for Conditional Class Certification Pursuant to the FLSA (DE [40]).  Having considered the motions, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that a telephonic hearing on all pending motions is scheduled for **Thursday, March 26, 2020, at 2:30 p.m.**  Counsel for all parties should use the following dial-in information: Telephone Number: 877-402-9753; Access Code: 4709496.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of March 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF