UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62426-CIV-SINGHAL

BRIGIDA ELLIOTT, individually and on behalf of
all other persons similarly situated,

    Plaintiff,

v.

BARBEQUE INTEGRATED, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Motion for *In Camera* Review and Approval of Settlement Agreement and Incorporated Memorandum of Law (DE [74]). This Court considered the factors outlined in *Lynn's Food Stores* and the strengths of the parties' cases; the factual positions of the parties; the existence of documents supporting or corroborating the parties' positions; the extensive motion practice of the parties; the strengths and weaknesses in the parties' respective cases; and the parties' desire to resolve the dispute sooner, rather than later. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–55 (11th Cir. 1982). Having carefully reviewed the record and the Settlement and Release Agreement ("Settlement Agreement"), which was submitted *in camera*, the Court finds the Settlement Agreement represents a genuine compromise of a bona fide dispute. The Settlement Agreement reflects a reasonable compromise of disputed issues and both parties have agreed to settle as a result of reasonable strategic and financial considerations. *See Lynn's Food Stores, Inc.*, 679 F.2d

at 1354. This Court further finds the settlement reached by the parties represents a reasonable compromise by both sides and is fair and reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for *In Camera* Review and Approval of Settlement Agreement and Incorporated Memorandum of Law (DE [74]) is **GRANTED**.

2. The Settlement Agreement between Plaintiff, BRIGIDA ELLIOTT, and Defendant, BARBEQUE INTEGRATED, INC., is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

4. Each party shall bear its own fees and costs, except as otherwise agreed within the parties' Settlement Agreement.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

6. Further, the Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement for **sixty (60) days**, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of September 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF